# MEMORANDUM CASES.

[Crim. No. 473.　Second Appellate District.—March 7, 1916.]

In re EFFIE JOHNSON, on Habeas Corpus.

HABEAS CORPUS.—Prisoner remanded to custody.

APPLICATION for a Writ of Habeas Corpus directed to the Chief of Police of the City of Los Angeles.

The facts are stated in the opinion of the court.

William Durham, for Petitioner.

THE COURT.—The application of petitioner to be released from custody by the chief of police of the city of Los Angeles upon the ground that judgment of imprisonment was pronounced by the police court after 12 o'clock noon on Saturday is denied, for the reason that we find the preponderance of the evidence contained in affidavits filed touching the question shows that sentence was pronounced before noon on said day. It is therefore ordered that petitioner be remanded to custody.